UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*JUDGE KAPLAN*

*ORIGINAL*

- - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :

               - v -               :          NOTICE OF INTENT TO
                                              FILE AN INFORMATION
LEN ADLER,                         :

               Defendant.         :     **07 CRIM. 304**

- - - - - - - - - - - - - - x

Please take notice that the United States Attorney's

Office will file an information upon the defendant's waiver of

indictment, pursuant to Rule 7(b) of the Federal Rules of

Criminal Procedure.

Dated:     New York, New York
           March 2? , 2007

                              MICHAEL J. GARCIA
                              United States Attorney

               By:  _Serene K. Nakano_ (signature)
                    SERENE K. NAKANO
                    Assistant United States Attorney


                    AGREED AND CONSENTED TO:

               By:  _(signature)_
                    MITCHELL A. GOLUB, ESQ.
                    Attorney for Len Adler

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/2/07

4/2/07   WHEEL A