ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA              :

      -v-                          INFORMATION

LEN ADLER,                            :   07 Cr.

               Defendant.         :

- - - - - - - - - - - - - - - - - - - - - X

COUNT ONE

(False Statements)

The United States Attorney charges:

1.  On or about September 14, 2004, in the Southern District of New York, LEN ADLER, the defendant, in a matter within the jurisdiction of the executive branch of the Government of the United States, to wit, the U.S. Department of Treasury, Treasury Inspector General for Tax Administration, and the U.S. Internal Revenue Service ("IRS"), Criminal Investigation Division, unlawfully, willfully and knowingly did falsify, conceal and cover up by trick, scheme and device material facts and did make materially false, fictitious, and fraudulent statements and representations, and did make and use false writings and documents knowing the same to contain materially false, fictitious and fraudulent statements and entries, to wit, ADLER falsely stated to an IRS Special Agent that he had not had contact with an IRS employee (the "Employee") since August 10,

2004, when, in truth and in fact, ADLER had engaged in a telephone call with the Employee on or about September 13, 2004 lasting approximately seven minutes.

(Title 18, United States Code, Section 1001.)

/s/ Michael Garcia
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v -

LEN ADLER,

Defendant.

## INFORMATION

07 Cr.

Title 18, United States Code, Section 1001

_____  MICHAEL J. GARCIA
                         United States Attorney.

April 13, 2007
Filed Waiver of Indictment and Information.
Filed Consent to proceed before a U.S.M.J on a felony plea
allocution. Deft pres n/atty: Mitchell Golub. AUSA: Serena
Nakanu and Court Reptr. present. Deft pleads guilty
as charged to the one count information filed. PSI
Ordered. Sentence set for July 16, 2007 @ 11:00. Mag. Judge
Freeman recommends that the proffered plea allocution
be accepted by Judge Kaplan. Deft. cont'd R.O.R.

                                    Freeman, USMJ