```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA              :    WAIVER OF
                                           INDICTMENT
     - v. -                           :

LEN ADLER,                            :    07 Cr.

                                      :
               Defendant.
                                      :
- - - - - - - - - - - - - - - - - - - -x
```

       The above-named defendant, who is accused of violating Title 18, United States Code, Section 1001, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                  _____
                                  Defendant

                                  _____
                                  Witness

                                  _____
                                  Counsel for Defendant

Date:     New York, New York
           April 13, 2007



0202