UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA

v.

LEN ADLER,

        Defendant.

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

**07 Cr. 304 (LAK)**

TO:    Clerk of Court
           United States District Court
           Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

       Respectfully submitted,

       MICHAEL J. GARCIA
       United States Attorney for the
         Southern District of New York


       by:   /s/ Pablo Quiñones
            Pablo Quiñones
            Assistant United States Attorney
            (212) 637-2487 (Telephone)
            (212) 637-2615 (Facsimile)

TO:    Attorneys of Record