```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA        :

        - v. -                  :
                                         ORDER
LEN ADLER,                      :
                                         07 CR. 304 (LAK)(DCF)
        Defendant.              :

- - - - - - - - - - - - - - - - - -x
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/07

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before the Honorable Debra C. Freeman, United States Magistrate Judge, on April 13, 2007;

WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and,

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the plea of guilty knowingly and voluntarily, and that there is a factual basis for the guilty plea,

IT IS ORDERED that the defendant's guilty plea be, and hereby is, ACCEPTED.

Dated:   6/18       , 2007
         New York, New York

_____
The Honorable Lewis A. Kaplan
United States District Judge